In the Matter of the Accounting of BANKERS TRUST COMPANY, as Successor Trustee under the Will of EMILY CHARLES, Deceased, Respondent. BANK OF NEW YORK AND FIFTH AVENUE BANK et al., as Executors of EMILY L. CHARLES, Deceased, et al., Respondents; LILLIAN E. C. FLATHER et al., Appellants.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [200 Misc. 452.] [See *post*, p. 791.]

In the Matter of DONALD GILL et al., Appellants, against DUANE JONES COMPANY, INC., et al., Respondents.— Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN PLAUTINO, Appellant.— No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

JOHN H. BROWN, Respondent, v. CITY OF NEW YORK et al., Appellants.— No opinion. Settle order on notice. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.